IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankr. No. 25-23284-CMB |
| AUBREY KESSLER, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Doc. No. ___ |
| ) | |

**EMPLOYEE INCOME RECORDS**

/s/ *Joseph C. Bacharach*
Joseph C. Bacharach, Esquire
PA ID 336111
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA  15219
412-261-0310
jbacharach@camlev.com

## Self Employment Business Ledger

Prepared for KESSLER, AUBREY

Contracting Company: Liveops Agent Services, LLC, Location: Liveops Agent

| Item Amount | | Settlement Date | Check Number | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 4/1/2024 | 5/1/2024 | 9/3/2024 | 9/16/2024 | 10/1/2024 | 10/16/2024 | 11/1/2024 |
| Item Type | Item Description | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit |
| Incomes | Settlement | $96.49 | $40.21 | $148.01 | $209.44 | $208.60 | $631.68 | $476.47 |
| Incomes Total | | $96.49 | $40.21 | $148.01 | $209.44 | $208.60 | $631.68 | $476.47 |

*\* Includes Openforce formerly known as CMS Technology and Administrative Services fee, and insurance premium if applicable.*

| 11/18/2024 | 12/2/2024 | 12/16/2024 | 5/1/2025 | 5/16/2025 | 6/2/2025 | 6/16/2025 | 7/1/2025 | 7/16/2025 |
|---|---|---|---|---|---|---|---|---|
| Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit |
| $399.10 | $393.15 | $88.15 | $175.77 | $245.36 | $622.52 | $450.94 | $284.30 | $452.76 |
| $399.10 | $393.15 | $88.15 | $175.77 | $245.36 | $622.52 | $450.94 | $284.30 | $452.76 |

| 8/1/2025 | 8/18/2025 | 9/2/2025 | Grand Total |
|---|---|---|---|
| Direct Deposit | Direct Deposit | Direct Deposit | |
| $344.13 | $775.63 | $815.83 | $6,858.54 |
| $344.13 | $775.63 | $815.83 | $6,858.54 |

# Form 1040 — U.S. Individual Income Tax Return (2024)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20___   See separate instructions.

**Your first name and middle initial:** Aubrey M
**Last name:** Kessler
**Your social security number:** XXX-XX-9933

**If joint return, spouse's first name and middle initial:** (blank)
**Last name:** (blank)
**Spouse's social security number:** (blank)

**Home address (number and street):** 5704 3rd St
**Apt. no.:** (blank)
**City, town, or post office:** Verona
**State:** PA
**ZIP code:** 151472446

**Presidential Election Campaign:** You ☐  Spouse ☐

## Filing Status
- ☐ Single
- ☐ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS)
- ☒ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)

## Digital Assets
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)?  ☐ Yes  ☒ No

## Standard Deduction
**Someone can claim:** ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960  ☐ Are blind  Spouse: ☐ Was born before January 2, 1960  ☐ Is blind

## Dependents

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| Jonah J  Cannady | XXX-XX-6912 | Son | ☒ | ☐ |

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 | |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income | |
| 1i | Nontaxable combat pay election | |
| 1z | Add lines 1a through 1h | |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 6c | If you elect to use the lump-sum election method, check here ☐ | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | -3,000. |
| 8 | Additional income from Schedule 1, line 10 | 6,032. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 3,032. |
| 10 | Adjustments to income from Schedule 1, line 26 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 3,032. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 21,900. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 0. |
| 14 | Add lines 12 and 13 | 21,900. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 0. |

Standard Deduction for—
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under *Standard Deduction*, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form **1040** (2024)

Form 1040 (2024) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814  **2** ☐ 4972  **3** ☐ _____ | 16 | 0. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 0. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 0. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 ..... 25a | | |
| | b | Form(s) 1099 ..... 25b | | |
| | c | Other forms (see instructions) ..... 25c | | |
| | d | Add lines 25a through 25c | 25d | |
| *If you have a qualifying child, attach Sch. EIC.* | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) ..... 27  43. | | |
| | 28 | Additional child tax credit from Schedule 8812 ..... 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 ..... 29 | | |
| | 30 | Reserved for future use ..... 30 | | |
| | 31 | Amount from Schedule 3, line 15 ..... 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | 43. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 43. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 43. |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | 43. |
| Direct deposit? See instructions. | b | Routing number  0 3 6 0 7 6 1 5 0   **c** Type: ☒ Checking  ☐ Savings | | |
| | d | Account number  ■■■■■■ 9 9 6 1 | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** ... 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) ..... 38 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ **Yes.** Complete below. ☒ **No** |
|---|---|---|
| | Designee's name  |  Phone no.  |  Personal identification number (PIN) ☐☐☐☐☐ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Independent Contractor | |

*Joint return? See instructions. Keep a copy for your records.*

| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | | |

Phone no.  (724)961-2459    Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name   Self-Prepared | | | Phone no. | |
| Firm's address | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.    BAA    REV 02/18/25 Intuit.cg.cfp.sp    Form **1040** (2024)