# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankr. No. 25-23284-CMB |
| AUBREY KESSLER, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Doc. No. ___ |
| _____ ) | |

## NOTICE OF CHANGE OF ADDRESS

Incorrect Address:

    Debtor Name: Aubrey Kessler

    Incorrect Address: 5704 3rd Avenue
                         Verona, PA 15147

Reason Undeliverable: Updated Address

Corrected Address:

    Debtor Name: Aubrey Kessler

    Correct Address: 5704 3rd Street
                       Verona, PA 15147

                                        Respectfully submitted,

                                        CAMPBELL & LEVINE, LLC

Dated: December 22, 2025          By: /s/ *Joseph C. Bacharach*
                                               Joseph C. Bacharach, Esq.
                                             PA I.D. No. 336111
                                             jbacharach@camlev.com
                                             310 Grant St., Suite 1700
                                             Pittsburgh, PA 15219
                                             Tel: 412-261-0310
                                             Fax: 412-261-5066
                                             *Counsel to the Debtor*