**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankr. No. 25-23284-CMB |
| AUBREY KESSLER, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Document No. ____ |
| _____ | ) | |
| AUBREY KESSLER, | ) | Related to Dkt. No. 30 |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| All Creditors on Mailing Matrix and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 19, 2026, I served a true and correct copy of the *Amended Chapter 13 Plan Dated February 19, 2026 with Notice of Proposed Modification to Plan* [Dkt. 30] via electronic mail, or First-Class U.S. Mail, postage prepaid, as indicated on the parties on the attached service list.


Dated:  February 19, 2026
Pittsburgh, Pennsylvania

Respectfully submitted,

CAMPBELL & LEVINE, LLC

/s/ *Joseph C. Bacharach*
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel:  412-261-0310

*Counsel to the Debtor*

## Service List

### Via electronic mail:

| | |
|---|---|
| Ronda J. Winnecour, Esq.<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>T: 412-471-5566<br>E: cmecf@chapter13trusteewdpa.com<br><br>*Chapter 13 Trustee* | Shawn Miller, Esq.<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South<br>Suite 225<br>San Diego, CA 92108<br>T: 858.750.7600<br>F: 619.590.1385<br>E: bkecfinbox@aldridgepite.com<br><br>*Counsel for Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC* |
| Keri P. Ebeck, Esq.<br>Bernstein Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>T: 412-456-8112<br>F: 412-456-8120<br>E: kebeck@bernsteinlaw.com<br><br>*Counsel for Duquesne Light Company* | Denise Carlon, Esq.<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>T: 412-430-3594<br>E: dcarlon@kmllawgroup.com<br><br>*Counsel for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.* |
| Jeffrey R. Hunt, Esq.<br>GRB Law<br>525 William Penn Pl., Suite 3110<br>Pittsburgh, PA 15219<br>T: 412-281-0587<br>E: jhunt@grblaw.com<br><br>*Counsel for Peoples Natural Gas Company, LLC* | |

### Via First Class U.S. Mail:

| | | |
|---|---|---|
| Ronda J. Winnecour, Esq.<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 | Duquesne Light Company<br>c/o Keri P. Ebeck, Esq.<br>Bernstein Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Jeffrey R. Hunt, Esq.<br>GRB Law<br>525 William Penn Pl., Suite 3110<br>Pittsburgh, PA 15219 | Karen L Belair, Esq.<br>American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-1041 |

American Express
P.O. Box 6031
Carol Steam, IL 60197-6031

Capital One, N.A.
P.O. Box 1293
Salt Lake City, UT, 84131

Citibank, N.A.
P.O. Box 6241
Sioux Falls, SD 57117-6241

Discover Fianancial Services
P.O. Box 30939
Salt Lake City, UT 84130-0939

Fingerhut Fetti
PO Box 70792
Philadelphia, PA 19176-0792

Goldman Sachs Bank USA
PO Box 45400
Salt Lake City, UT 84145-0400

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nelnet Student Loan Trust
3015 South Parker Road
Suite 4000
Aurora, CO 80014-2904

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Rocket Mortgage
1050 Woodward Avenue
Detroit, MI 48226-3573

Rocket Mortgage, LLC f/k/a Quicken
Loans
635 Woodward Avenue
Detroit MI 48226-3408

U.S. Department of Education
c/o Nelnet
121 S 13th Street
Lincoln, NE 68508-1911

Shawn Miller, Esq.
ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225 San Diego, CA 92108