**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankr. No. 25-23284-CMB |
| AUBREY KESSLER, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Document No. ____ |
| _____ | ) | |
| AUBREY KESSLER, | ) | |
| | ) | Related to Dkt. No. 50 |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Rocket Mortgage and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 20, 2026, I served a true and correct copy of the *Certification of Counsel Regarding Plan Confirmation on an Interim Basis* [Dkt. 50] via First-Class U.S. Mail, postage prepaid, on the parties on the attached service list.

Dated:  April 21, 2026
Pittsburgh, Pennsylvania

Respectfully submitted,

CAMPBELL & LEVINE, LLC

/s/ *Joseph C. Bacharach*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel:  412-261-0310

*Counsel to the Debtor*

## Service List

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Duquesne Light Company
c/o Keri P. Ebeck, Esq.
Metz Lewis
444 Liberty Avenue
Suite 2100
Pittsburgh, PA 15222-1222

Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Peoples Natural Gas Company LLC
c/o Jeffrey R. Hunt, Esq.
GRB Law
525 William Penn Pl., Suite 3110
Pittsburgh, PA 15219

Karen L. Belair, Esq.
American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041

American Express
P.O. Box 6031
Carol Steam, IL 60197-6031

Capital One, N.A.
P.O. Box 1293
Salt Lake City, UT, 84131

Citibank, N.A.
P.O. Box 6241
Sioux Falls, SD 57117-6241

Discover Financial Services
P.O. Box 30939
Salt Lake City, UT 84130-0939

Fingerhut Fetti
PO Box 70792
Philadelphia, PA 19176-0792

Goldman Sachs Bank USA
PO Box 45400
Salt Lake City, UT 84145-0400

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nelnet Student Loan Trust
3015 South Parker Road
Suite 4000
Aurora, CO 80014-2904

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Rocket Mortgage
1050 Woodward Avenue
Detroit, MI 48226-3573

Rocket Mortgage, LLC f/k/a Quicken
Loans
635 Woodward Avenue
Detroit MI 48226-3408

U.S. Department of Education
c/o Nelnet
121 S 13th Street
Lincoln, NE 68508-1911

Shawn Miller, Esq.
ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225 San Diego, CA 92108

Matthew Fissel, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541