**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankr. No. 25-23284-JCM |
| AUBREY KESSLER, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE, that the attorney as named below, pursuant to Rule 9010 of the Rules of Bankruptcy Procedure, enters her appearance as counsel on behalf of the Debtor, Aubrey Kessler, and requests that all notices given or required to be given in this case, and all papers served in this case be given to and served upon the party as listed at the following address and telephone number:

Kathryn L. Harrison, Esquire
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310
Fax: 412-261-5066
Email: kharrison@camlev.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand not only includes notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices and any application, motion or petition, pleading, requests, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise, which affect the Debtor or the property of the Debtor.

Respectfully Submitted,

Dated: September 2, 2026
Pittsburgh, Pennsylvania

CAMPBELL & LEVINE, LLC

By: */s/ Kathryn L. Harrison*
Kathryn L. Harrison, Esquire
PA I.D. No. 209601
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Telephone: 412.261.0310
Facsimile: 412.261.5066
Email: kharrison@camlev.com
*Counsel for the Debtor*